# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| THE UNITED STATES, FOR THE USE AND BENEFIT OF TOP FLIGHT STEEL, INC., § § § § § Plaintiff, § v. § ENTERPRISE PRECAST CONCRETE OF § TEXAS, LLC, B.L. HARBERT § INTERNATIONAL, LLC, AND § TRAVELERS CASUALTY AND SURETY § COMPANY, § Defendants. | CIVIL ACTION NO. 5:22-CV-142-RWS-JBB |

## ORDER

Before the Court is the Joint Motion to Dismiss All Claims with Prejudice. Docket No. 59. In the joint motion to dismiss, the parties stipulate that all claims be dismissed with prejudice, with each party to bear its own fees and costs. *Id.* The Court, having reviewed the joint motion, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the joint motion to dismiss is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 18th day of August, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE